MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.400

Attorney for Defendants
MORGAN LEWIS & BOCKIUS LLP and ERIC MECKLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK ANTOINE FOSTER,<br><br>     Plaintiff,<br><br>vs.<br><br>MORGAN LEWIS & BOCKIUS, LLP, and ERIC MECKLEY, an individual, and DOES 1 through 81,<br><br>     Defendants. | Case No.<br><br>**DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant MORGAN LEWIS & BOCKIUS LLP hereby submits that it does not have a parent corporation and there is no publicly held corporation that directly holds ten percent or more of MORGAN LEWIS & BOCKIUS, LLP's stock.

Dated: February 27, 2008                     MORGAN, LEWIS & BOCKIUS LLP

                                             By /s/ Melinda Riechert
                                             Melinda S. Riechert
                                             Attorney for Defendants
                                             MORGAN LEWIS & BOCKIUS LLP and
                                             ERIC MECKLEY

1-SF/7670937.1                                             RULE 7.1 DISCLOSURE STATEMENT