| | |
|---|---|
| 1 | MELINDA S. RIECHERT, State Bar No. 65504 |
|  | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | 2 Palo Alto Square |
|  | 3000 El Camino Real, Suite 700 |
| 3 | Palo Alto, CA  94306-2122 |
|  | Tel: 650.843.4000 |
| 4 | Fax: 650.843.400 |
| 5 | Attorney for Defendants |
|  | MORGAN LEWIS & BOCKIUS LLP and ERIC |
| 6 | MECKLEY |

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MARK ANTOINE FOSTER,

    Plaintiff,

vs.

MORGAN LEWIS & BOCKIUS, LLP, and ERIC MECKLEY, an individual, and DOES 1 through 81,

    Defendants.

Case No.

**DEFENDANTS' CERTIFICATION OF INTERESTED PARTIES**

Pursuant to Local Rule 3-16, the undersigned certifies that the following persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    MORGAN LEWIS & BOCKIUS LLP

    ERIC MECKLEY

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-SF/7670932.1

CERTIFICATION OF INTERESTED PARTIES

| | | |
|---|---|---|
| 1 | Dated: February 27, 2008 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By *[signature: Melinda Riechert]* |
| 4 | | Melinda S. Riechert<br>Attorney for Defendants |
| 5 | | MORGAN LEWIS & BOCKIUS LLP and<br>ERIC MECKLEY |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-SF/7670932.1

CERTIFICATION OF INTERESTED PARTIES