1  MELINDA S. RIECHERT, State Bar No. 65504
   MORGAN, LEWIS & BOCKIUS LLP
2  2 Palo Alto Square
   3000 El Camino Real, Suite 700
3  Palo Alto, CA  94306-2122
   Tel:  650.843.4000
4  Fax:  650.843.400

5  Attorney for Defendants
   MORGAN LEWIS & BOCKIUS LLP and ERIC
6  MECKLEY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12  MARK ANTOINE FOSTER,            Case No.

13           Plaintiff,              **NOTICE OF RELATED CASES**

14       vs.

15  MORGAN LEWIS & BOCKIUS, LLP, and
    ERIC MECKLEY, an individual, and DOES
16  1 through 81,

17           Defendants.

18
        Pursuant to Local Rule 3-12, Defendants MORGAN LEWIS & BOCKIUS LLP and ERIC
19
    MECKLEY hereby submit that they are aware of the following previously filed or pending
20
    related cases in the Federal Courts:
21
        Mark Antoine Foster v. ARAMARK Sports, LLC, Ying Kee McVicker, and Matthew
22      Lee, Case No. CV-00733 MHP;

23      Mark Antoine Foster v. ARAMARK Sports, LLC and ARAMARK Corporation, (pending
        removal from San Francisco County Superior Court).
24

25

26

27

28

---

MORGAN, LEWIS &
BOCKIUS LLP      1-SF/7670922.1                              NOTICE OF RELATED CASES
ATTORNEYS AT LAW
  PALO ALTO

| | |
|---|---|
| Dated: February 27, 2008 | MORGAN, LEWIS & BOCKIUS LLP |
| | By _____<br>Melinda S. Riechert<br>Attorney for Defendants<br>MORGAN LEWIS & BOCKIUS LLP and<br>ERIC MECKLEY |