| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | MELINDA S. RIECHERT, SNB 65504 |
| | TWO PALO ALTO SQUARE, |
| 3 | 3000 EL CAMINO REAL, STE. 700 |
| | PALO ALTO, CA 94306-1126 |
| 4 | Tel: 650.843.4000 |
| | Fax: 650.843.4001 |
| 5 | |

1   MORGAN, LEWIS & BOCKIUS LLP
2   MELINDA S. RIECHERT, SNB 65504
    TWO PALO ALTO SQUARE,
3   3000 EL CAMINO REAL, STE. 700
    PALO ALTO, CA 94306-1126
4   Tel: 650.843.4000
    Fax: 650.843.4001
5
    Attorneys for Defendants
6   MORGAN LEWIS & BOCKIUS, LLP and ERIC
    MECKLEY
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12   MARK ANTOINE FOSTER,                Case No.

13              Plaintiff,               **PROOF OF SERVICE**

14        vs.

15   MORGAN LEWIS & BOCKIUS, LLP and
16   ERIC MECKLEY, an individual, and
     DOES 1 through 81,
17
                Defendants.
18

19

20        I am a resident of the State of California and over the age of eighteen years, and not a

21   party to the within action; my business address is One Market, Spear Street Tower, San

22   Francisco, California 94105-1126.

23        On March 7, 2008, I served the within document(s):

24                          **CIVIL COVER SHEET**

25
                   **NOTICE OF REMOVAL OF ACTION**
26              **28 U.S.C. SECTION 1441(b) – FEDERAL QUESTION**

27                    **NOTICE OF RELATED CASES**

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7675365.1

PROOF OF SERVICE

1            **DEFENDANTS' CERTIFICATION OF INTERESTED PARTIES**

2              **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

3

4 ☐   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

5
6 ☒   by placing true and correct copies of the documents listed above in sealed envelopes with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

7 ☐   by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a <u>Federal</u> Express agent for delivery.

8
9 ☐   by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

10 ☐   by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

11

12                  Mark Foster, *In Pro Per*
                 200 Corpus Christi Road, #A

13                  Alameda, CA 94501

14       I am readily familiar with the firm's practice of collection and processing correspondence

15 for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same

16 day with postage thereon fully prepaid in the ordinary course of business. I am aware that on

17 motion of the party served, service is presumed invalid if postal cancellation date or postage

18 meter date is more than one day after date of deposit for mailing in affidavit.

19       Executed on March 7, 2008, at San Francisco, California.

20       I declare under penalty of perjury, under the laws of the State of California, that the above

21 is true and correct.

22                          _Mary Gonzales_

23                              Mary L. Gonzales

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7675365.1

c                           PROOF OF SERVICE