MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mriechert@morganlewis.com

Attorney for Defendants
MORGAN, LEWIS & BOCKIUS LLP and
ERIC MECKLEY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK ANTOINE FOSTER,<br><br>               Plaintiff,<br><br>     vs.<br><br>MORGAN, LEWIS & BOCKIUS, LLP and ERIC MECKLEY, as an Individual, and DOES 1-81,<br><br>               Defendants. | Case No. C-08-01337 EDL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**[FRCP 12(b)(6)]**<br><br>Date:        April 22, 2008<br>Time:       9 a.m.<br>Courtroom: E, 15th Floor<br>Judge:      Mag. Judge Elizabeth D. Laporte |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3694998.1

[PROPOSED] ORDER GRANTING DEFS.'
MOTION TO DISMISS PLAINTIFF'S
COMPLAINT (CASE NO. C-08-01337 EDL)

1  The motion of Defendants Morgan, Lewis & Bockius LLP and Eric Meckley
2  (collectively, "Defendants") to dismiss the Complaint of Plaintiff Mark Antoine Foster's
3  ("Plaintiff") came on regularly for hearing before this Court.  Upon consideration of the papers
4  submitted, and good cause appearing:

5  IT IS HEREBY ORDERED that Defendants' motion is granted and Plaintiffs' Complaint
6  is hereby dismissed with prejudice.

8  DATED: _____   _____
                                          Magistrate Judge Elizabeth D. Laporte
9                                         United States District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3694998.1     1     [PROPOSED] ORDER GRANTING DEFS.'
                         MOTION TO DISMISS PLAINTIFF'S
                         COMPLAINT (CASE NO. C-08-01337 EDL)