| | |
|---|---|
| 1 | MELINDA S. RIECHERT, State Bar No. 65504 |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | 2 Palo Alto Square |
| | 3000 El Camino Real, Suite 700 |
| 3 | Palo Alto, CA 94306-2122 |
| | Tel: 650.843.4000 |
| 4 | Fax: 650.843.4001 |
| | E-mail: mriechert@morganlewis.com |
| 5 | |
| | Attorney for Defendants |
| 6 | MORGAN, LEWIS & BOCKIUS LLP and |
| | ERIC MECKLEY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK ANTOINE FOSTER, | Case No. C-08-01337 EDL |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| MORGAN, LEWIS & BOCKIUS, LLP and ERIC MECKLEY, as an Individual, and DOES 1-81, | |
| Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3695024.1

PROOF OF SERVICE
(CASE NO. C-08-01337 EDL)

**PROOF OF SERVICE**

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is 2 Palo Alto Square, 3000 El Camino Real, Suite 700, Palo Alto, California 94306-2122.

On March 14, 2008, I served the within document(s):

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

Mark Foster                                         *In Pro Per*
200 Corpus Cristi Road, #A
Alameda, CA 94501

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on March 14, 2008, at Palo Alto, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

_____
Kelly R. Pastor

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3695024.1                        1                   PROOF OF SERVICE
                                                          (CASE NO. C-08-01337 EDL)