UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. FOSTER,<br><br>    Plaintiff(s),<br><br>v.<br><br>ARAMARK SPORTS,<br><br>    Defendant(s).<br><br>*And related actions as listed.* | No. C 08-01336 MHP<br>     C 08-01337 MHP<br><br>**CLERK'S NOTICE**<br>**(Scheduling Case Management Conference in Reassigned Case)** |

This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, May 19, 2008, at 4:00 p.m.** A Joint Case Management Statement is due ten days prior to the conference. Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

                                                                  Richard W. Wieking
                                                                   Clerk, U.S. District Court

Dated: March 19, 2008

                                                                    Anthony Bowser, Deputy Clerk to the
                                                                    Honorable Marilyn Hall Patel
                                                                    (415) 522-3140