1  MELINDA S. RIECHERT, State Bar No. 65504
   MORGAN, LEWIS & BOCKIUS LLP
2  2 Palo Alto Square
   3000 El Camino Real, Suite 700
3  Palo Alto, CA 94306-2122
   Tel: 650.843.4000
4  Fax: 650.843.4001
   E-mail: mriechert@morganlewis.com
5
   Attorney for Defendants
6  MORGAN, LEWIS & BOCKIUS LLP and
   ERIC MECKLEY
7

8

                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | MARK ANTOINE FOSTER,                    | Case No. C-08-01337 MHP
13 |                   Plaintiff,            | **DEFENDANTS' RE-NOTICE OF HEARING ON MOTION TO DISMISS PLAINTIFF'S COMPLAINT**
14 |        vs.                              |
15 | MORGAN, LEWIS & BOCKIUS, LLP            | [FRCP 12(b)(6)]
   | and ERIC MECKLEY, as an Individual,     |
16 | and DOES 1-81,                          | Date:      April 28, 2008
   |                                         | Time:      2 p.m.
17 |                   Defendants.           | Courtroom: 15, 18th Floor
   |                                         | Judge:     Hon. Marilyn H. Patel
18

19  TO PLAINTIFF MARK ANTOINE FOSTER, IN PRO PER:

20  PLEASE TAKE NOTICE that, pursuant to the Related Case Order issued on March 18, 2008 by

21  Hon. Marilyn H. Patel, Defendants hereby re-notice the hearing on their Motion to Dismiss

22

23  Plaintiff's Complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The

24  hearing was originally noticed for April 22, 2008 at 9 a.m. before the Hon. Elizabeth D. LaPorte.

25  However, due to this case being reassigned, Defendants re-notice the hearing for April 28, 2008

26  at 2:00 p.m. before Hon. Marilyn H. Patel, Courtroom 15, 18th Floor, 450 Golden Gate Avenue,

27  San Francisco, California, 94102.

28

1-SF/7681228.1                              1                        Case No. C-08-01337 MHP

DEFENDANTS' RE-NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT

1

2  Dated: March 21, 2008                    MORGAN, LEWIS & BOCKIUS LLP

3

4                                           By      /S/
                                               ─────────────────────────
5                                              Melinda S. Riechert
                                               Attorney for Defendants Eric Meckley and
6                                              Morgan Lewis & Bockius LLP

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | MELINDA S. RIECHERT, SNB 65504 |
|   | TWO PALO ALTO SQUARE, |
| 3 | 3000 EL CAMINO REAL, STE. 700 |
|   | PALO ALTO, CA 94306-1126 |
| 4 | Tel: 650.843.4000 |
|   | Fax: 650.843.4001 |
| 5 | |
| 6 | Attorneys for Defendants |
|   | MORGAN LEWIS & BOCKIUS, LLP and ERIC |
| 7 | MECKLEY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTOINE FOSTER, | Case No. C-08-01337 MHP |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| MORGAN LEWIS & BOCKIUS, LLP and ERIC MECKLEY, an individual, and DOES 1 through 81, | |
| Defendants. | |

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

1-SF/7675365.1

|   |   |
|---|---|
| 1 | On **March 21, 2008**, I served the within document(s): |
| 2 | **DEFENDANTS' RE-NOTICE OF HEARING ON MOTION TO DISMISS** |
| 3 | **PLAINTIFF'S COMPLAINT [FRCP 12(b)(6)]** |

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing true and correct copies of the documents listed above in sealed envelopes with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a <u>Federal</u> Express agent for delivery.

☐ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☐ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

Mark Foster, *In Pro Per*
200 Corpus Cristi Road, #A
Alameda, CA  94501

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **March 21, 2008**, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

_____
LIZA HEIDER

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7675365.1

PROOF OF SERVICE