1  Mark Antoine Foster, In Pro Per
   200 Corpus Cristie Road #A
2  Alameda, California 94502
   (415) 756-1611
3  (619) 646-3564

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 MARK ANTOINE FOSTER,            Case No. **C-08-01337 MHP**

13         Plaintiff,              ORDER GRANTING
                                   DISQUALIFICATION OF
14    vs.                          ATTORNEYS ERIC MECKLEY,
                                   MELINDA REICHERT, SUE BOAG
15 MORGAN LEWIS and BOKIUS,        AND MORGAN LEWIS & BOKIUS
   And ERIC MECKLEY, an            TO ACT AS COUNCIL IN ABOVE
16 Individual and does 1 through 81 TITLED CASE
           Defendants
17                                 Date: APRIL 28, 2008
                                   Time: 2:00 pm
18  _____/

19     The motion of Plaintiff MARK ANTOINE FOSTER for an order to remand to

20 disqualify Attorneys Eric Meckley, Melinda Reichert, Sue Boag and Morgan Lewis & Bokius

21 came on regularly for hearing by the court on APRIL 28, 2008. Plaintiff appeared in Pro Per;

22 defendant appeared by counsel Morgan Lewis & Bokius

23     On proof made to the satisfaction of the court that the motion ought to be granted.

24

25 ORDER GRANTING DISQUALIFICATION OF ATTORNEYS ERIC MECKLEY, MELINDA
   REICHERT, SUE BOAG AND MORGAN LEWIS AND BOKIUS TO ACT AS COUNCIL IN
   THE ABOVE TITLED CASE                                    C-08-01337 MHP

1   IT IS ORDERED that the motion be, and it hereby is, granted and that Attorneys Eric

2   Meckley, Melinda Reichert, Sue Boag and Morgan Lewis & Bokius be disqualified to act as

3   council in the above titled case.

4

5   Dated: _____                United States District Judge

...

25  ORDER GRANTING DISQUALIFICATION OF ATTORNEYS ERIC MECKLEY, MELINDA
    REICHERT, SUE BOAG AND MORGAN LEWIS AND BOKIUS TO ACT AS COUNCIL IN
    THE ABOVE TITLED CASE                                    C-08-01337 MHP