1  Mark Antoine Foster, In Pro Per
   200 Corpus Cristie Road #A
2  Alameda, California 94502
   (415) 756-1611
3  (619) 646-3564

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12  MARK ANTOINE FOSTER,              Case No. C-08-01337 MHP

                                      ORDER GRANTING REMAND
13          Plaintiff,                [28 U.S.C.S. 1447(c)]

14      vs.                           Date: APRIL 28, 2008
                                      Time: 2:00 p.m.
15  MORGAN LEWIS & BOKIUS, LLP and
    ERIC MECKLEY, an individual, and
16  DOES 1 through 81

17          Defendants

18  _____/

19      The motion of Plaintiff MARK ANTOINE FOSTER for an order to remand the above-

20  entitled action to the Superior Court of California, City and County of San Francisco, came on

21  regularly for hearing by the court on APRIL 28, 2008. Plaintiff appeared in Pro Per; defendant

22  appeared by counsel Morgan Lewis and Bokius.

23      On proof made to the satisfaction of the court that the motion ought to be granted.

24      IT IS ORDERED that the motion be, and it hereby is, granted and that this case be

25

ORDER GRANTING REMAND                                          C-08-01337

1

1  remanded to the Superior Court of the State of California, City and County of San Francisco; and

2  that a certified copy of this order be mailed by the clerk of this court to the clerk of the Superior

3  Court of California, City and County of San Francisco.

4      IT IS FURTHER ORDERED that plaintiff MARK ANTOINE FOSTER have recovered

5  his costs and disbursements, including attorney's fees, in this court against defendant Morgan

6  Lewis & Bokius, and Eric Meckley, an individual.

8      Dated:

ORDER GRANTING REMAND                                            C-08-01337