UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARK ANTOINE FOSTER

Case Number: C-08-01337 MHP

PLAINTIFF

v.

MORGAN LEWIS & BOKIUS, and ERIC MECKLEY, as an individual, and does 1 through 81

DEFENDANTS

1. I, the undersigned, am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.
2. My residence or business address is 725 Ellis Street, #408, San Francisco, CA
3. On date MARCH 21, 2008, I mailed from San Francisco, CA the following documents: 1) NOTICE OF MOTION AND MOTION TO REMAND, 2) NOICE OF MOTION AND MOTION TO DISQUALIFY ATTORNEYS
4. I served the documents by enclosing them in an envelope and depositing the sealed envelope with the United States Postal Service with the postage fully paid.
5. The envelope was addressed and mailed as follows: Sue Boag, Morgan and Lewis, One Market Street, Spear Street Tower, 94105
6. The name of the person served was MORGAN LEWIS & BOKIUS, AND ERIC MECKLEY AS AN INDIVIDUAL
7. The address of the persons served is 555 California Street, San Francisco, CA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: March 21, 2008

Thom McMullen