Mark Antoine Foster, In Pro Per
200 Corpus Cristie Road #A
Alameda, California 94502
(415) 756-1611
(619) 646-3564

FILED
08 APR -2 PM 3:05

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MARK ANTOINE FOSTER,

    Plaintiff,

vs.

MORGAN LEWIS & BOKIUS LLP
And ERIC MECKLEY, as an
Individual, and DOES 1 through 81

    Defendants

Case No. **C-08- 01337 MHP**

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO DIMISS MAIL FRAUD, WIRE FRAUD AND CONSPIRACY TO MAIL FRAUD CLAIMS, AFTER ANSWER WITHOUT COUNTER CLAIM; MEMO OF PTS &AUTHORITIES; DECLARATION OF MARK AND FOSTER; PROPOSED ORDER IN SUPPORT THEREOF
[FED R. CIV PRO, 41(a)(2)]

Date: May 12, 2008
Time: 2:00 p.m.

TO DEFENDANTS ARAMARK SPORTS AND ENTERTAINMENT, YING KEE MCVICKER, AN INDIVIDUAL AND MATTHEW LEE, AN INDIVIDUAL.

PLEASE TAKE NOTICE THAT ON May 12, 2008 at 2:00pm, or as soon thereafter as the matter may be heard in the above titled court, located at 450 Golden Gate Ave, San Francisco, California, Plaintiff MARK ANTOINE FOSTER will move this court for an order

1  dismissing his mail fraud, wire fraud and conspiracy to mail fraud claims.

2  **MEMORANDUM OF POINTS AND AUTHORITIES**

3  This motion is made on the ground that plaintiff has a statutory right to dismiss his these

4  claims and Plaintiff wants to pursue his claims solely in state court and seeks remedy exclusively

5  from the state for his remaining state law causes of action, and because Plaintiff does not have a

6  private right of action for theses claims and also because the attorney general's office is the only

7  party authorized to bring these claims.

8  Plaintiff moves the court, pursuant to Rule 41(a) (2) of the Federal Rules of Civil

9  Procedure, for an order dismissing his mail fraud, wire fraud and conspiracy to mail fraud claims

10  or actions without prejudice and on such terms and conditions as the court deems proper.

11  Defendant filed an answer on March , 2008, but made no counterclaim against Plaintiff and

12  would not suffer substantial prejudice by the dismissal of this action.

13  Date: April 2, 2008                           Mark Antoine Foster, In Pro Per

25  PLAINTIFF'S NOTICE OF MOTION AND MOTION TO DISMISS MAIL FRAUD, WIRE
    FRAUD AND CONSPIRACY TO MAIL FRAUD CLAIMS
                                                            C- 08-01337 MHP