1  Mark Antoine Foster, In Pro Per
   725 Ellis Street, Apt. 408
2  San Francisco, CA 94109
   (415) 756-1611



SUPERIOR COURT OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN FRANCISCO

CIVIL UNLIMITED JURISDICTION

|  |  |
|---|---|
| MARK ANTOINE FOSTER, | No. **C-08-01337 MHP** |
| Plaintiff, | **PLAINTIFF'S NOTICE OF DISMISSAL OF MAIL FRAUD, WIRE FRAUD AND CONSPIRACY TO MAIL FRAUD CLAIMS** |
| vs. |  |
| MORGAN LEWIS & BOKIUS and ERIC MECKLEY, an individual, and DOES 1 Through 71 Defendants | [FRCP 41(a) (1) (A)]<br><br>DATE: April 2, 2008 |

TO DEFENDANTS ARAMARK SPORTS LLC AND ARAMARK COPORATION.

PLEASE TAKE NOTICE that, pursuant to Rule 41 (a) (1) (A) of the Federal Rules of Civil Procedure, Plaintiff hereby gives notice of voluntarily dismissing his mail fraud, wire fraud and conspiracy to mail fraud claims against Defendants MORGAN LEWIS & BOKIUS And ERIC MECKLEY, AN INDIVIDUAL.

PLAINTIFF'S NOTICE OF DISMISSAL OF MAIL WIRE FRAUD AND CONSPIRACY TO
MAIL FRAUD                                                          C-08-01337 MHP

1  This notice is made on the ground that Plaintiff has a statutory right to dismiss these
2  claims and Plaintiff wants to pursue his remaining state claims in state court seeking remedy
3  exclusively from the state, and because Plaintiff doe not have a private right of action for these
4  claims as the Attorney General is the proper party to bring these claims.
5  Furthermore, Defendants have not filed an answer to the complaint, nor have they filed a
6  motion for summary judgment in this matter.

7
8  Date: April 2, 2008             Mark Antoine Foster, In Pro Per

25 PLAINTIFF'S NOTICE OF DISMISSAL OF MAIL WIRE FRAUD AND CONSPIRACY TO   2
   MAIL FRAUD                                                    C-08-01337 MHP