1  Mark Antoine Foster, In Pro Per
   200 Corpus Cristie Road #A
2  Alameda, California 94502
   (415) 756-1611
3  (619) 646-3564

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12  MARK ANTOINE FOSTER,            Case No. **C-08- 01337 MHP**

13              Plaintiff,           DECLARATION OF MARK
                                     ANTOINE FOSTER IN SUPPORT
14  vs.                              THEREOF

15  MORGAN LEWIS and BOKIUS LLP     Date: May 12, 2008
    and ERIC MECKLEY, an individual  Time: 2:00 p.m.
16  does 1 through 81

17              Defendants

18  _____/

19      I MARK ANTOINE FOSTER declare that:

20      1.   I am the plaintiff in this action and have personal knowledge of each fact stated in

21           the complaint filed against Morgan Lewis and Bokius LLP, and Eric Meckley, an

22           individual, a parties to this action.

23      I declare under penalty under the laws of the state of California that the foregoing is true

24

25  DECLARATION OF MARK ANTOINE FOSTER                                                        1
                                                                        C- 08-01337 MHP

1  and correct and that this declaration was executed this day on the 1st of April 2008, at San
2  Francisco, California.
3  
   *[signature]*
   Mark Antoine Foster, In Pro Per

DECLARATION OF MARK ANTOINE FOSTER

C- 08-01337 MHP