1  Mark Antoine Foster, In Pro Per
   200 Corpus Cristie Road #A
2  Alameda, California 94502
   (415) 756-1611
3  (619) 646-3564

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11

12  MARK ANTOINE FOSTER,                    Case No. **CV-08-1421 MHP**

13            Plaintiff,                    ORDER GRANTING DISMISSAL OF
                                            MAIL FRAUD, WIRE FRAUD AND
                                            CONSPIRACY TO MAIL FRAUD
14      vs.                                 CLAIMS
                                            [FED R. CIV PRO. 41(a)(2)]
15  SPECAILTY RISK SERVICES,
    and, GRETCHEN DEVINE, an individual     Date: May 12, 2008
16  , and DOES 1through 91                  Time: 2:00pm

17            Defendants

18  _____/

19       The motion of Plaintiff MARK ANTOINE FOSTER for an order dismissing his claims

20  or causes of action asserted by plaintiff against defendant Specialty Risk Services and Gretchen

21  Devine, an individual, in the above titled action, came on regular for hearing by the court on May

22  12, 2008. Plaintiff appeared in Pro Per; defendant appeared by counsel Sedgwick, Detert, Moran

23  & Arnold LLP.

24       On proof to the satisfaction of the court that the motion ought to be granted.

25  ORDER GRANTING DISMISSAL OF MAIL FRAUD, WIRE FRAUD AND CONSPIRACY TO         1
    MAIL FRAUD                                                        CV-08-1421 MHP

1  IT IS ORDERED that the motion be, and it hereby is, granted and that the MAIL

2  FRAUD, WIRE FRAUD AND CONSPIRACY TO MAIL FRAUD claims or causes of action

3  asserted by plaintiff MARK ANTOINE FOSTER against defendants is hereby dismissed.

4  Dated:

5

6  _____

7  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25 ORDER GRANTING DISMISSAL OF MAIL FRAUD, WIRE FRAUD AND CONSPIRACY TO
MAIL FRAUD                                                    CV-08-1421 MHP

2