UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FILED 08 APR -2 PM 3:07 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT N. DIST. OF CALIFORNIA

**MARK ANTOINE FOSTER**                Case No: C-08-1337 MHP

   **PLAINTIFF**

v.

**ARAMARK SPORTS LLC and**
**ARAMARK CORPORATION**
**And does 1 thru 73**

1. I, the undersigned, am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.
2. My residence or business address is 725 Ellis Street, #408, San Francisco, CA
3. On date February 27, 2008, I mailed from San Francisco, CA the following documents: 1) Plaintiff's Memo of Pts & Auth in Support of Opposition to Defendant's Motion to Dismiss 2) Declaration of Mark A. Foster
4. I served the documents by enclosing them in an envelope and depositing the sealed envelope with the United States Postal Service with the postage fully paid.
5. The envelope was addressed and mailed as follows: Attn. Melinda Riechert, Morgan Lewis & Bokius, 2 Palo Alto Square, 3000 El Camino Real, Suite 700 Palo Alto, CA 94306 -2122
6. The name of the person served was Aramark Sports, L.LC. and Aramark Corporation
7. The address of the persons served is 555 California Street, San Francisco, CA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: April 2, 2008

Thom McMullen   _/s/ Thom McMullen_