1  **Mark Antoine Foster, In Pro Per**
   **200 Corpus Cristie Road #A**
2  **Alameda, California 94502**
   **(415) 756-1611**
3  **(619) 646-3564**

FILED
APR 17 PH 2:22
[CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK ANTOINE FOSTER,<br><br>Plaintiff,<br><br>vs.<br><br>MORGAN LEWIS & BOKIUS and<br>ERIC MECKLEY, an individual<br>and DOES 1 Through 81<br><br>Defendants<br>_____/ | Case No. **C-08- 1337 MHP**<br><br>PLAINTIFF'S NOTICE REQUESTING PERMISSION TO ALLOW SUBMISSION OF HIS REPLY IN SUPPORT OF HIS MOTION TO DISQUALIFY ATTORNEYS ERIC MECKLEY, MELINDA REICHERT AND SUE BOAG, AS IT EXCEEDS 10 PAGES IN LENGTH<br><br>Date: April 28, 2008<br>Time: 2:00 p.m. |

Plaintiff MARK ANTOINE FOSTER hereby gives notice of respectfully requesting permission to allow submission of his first reply in support of his motion to disqualify attorneys Eric Meckley, Melinda Reichert, Sue Boag and Morgan Lewis and Bokius as representing council against Plaintiff in the above titled case, as his reply exceeds 10 pages in length.

PLAINTIFF'S NOTICE REQUESTING PERMISSION TO ALLOW SUBMISSION OF HIS
MOTION TO DISQUALIFY ATTORNEYS
C- 08-1337 MHP

1

1     This request is based on the grounds that it is necessary to provide all the information in his reply, as it is a complicated motion and asks to disqualify council, and involves responding to numerous unwarranted accusations against Plaintiff.

    If the court does not allow the reply because it exceeds 10 pages, Plaintiff respectfully requests that he be allowed to edit it and resubmit his reply prior to the hearing.

DATE: April 15, 2008            *Mark A. Foster*

                                     Mark Antoine Foster, In Pro Per

PLAINTIFF'S NOTICE REQUESTING PERMISSION TO ALLOW SUBMISSION OF HIS MOTION TO DISQUALIFY ATTORNEYS

C- 08-1337 MHP