MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mriechert@morganlewis.com

Attorney for Defendants
MORGAN, LEWIS & BOCKIUS LLP and
ERIC MECKLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK ANTOINE FOSTER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MORGAN, LEWIS & BOCKIUS, LLP and ERIC MECKLEY, as an Individual, and DOES 1-81,<br><br>　　　　　　Defendants. | Case No. C-08-01337 MHP<br><br>**NOTICE OF NEED FOR ADR PHONE CONFERENCE** |

Counsel for Defendants have attempted to meet and confer with Plaintiff regarding ADR but have been unable to reach Plaintiff. As such, the parties have not yet reached an agreement to an ADR process.

Date of Case Management Conference: May 19, 2008 at 4:00 p.m.

The following counsel will participate in an ADR phone conference on behalf of Defendants:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Melinda S. Riechert | Defendants Morgan Lewis & Bockius LLP and Eric Meckley | (650) 843-4000 | mriechert@morganlewis.com |

1-SF/7696656.1

Case No. C-08-01337 MHP

NOTICE OF NEED FOR ADR PHONE CONFERENCE

1  *Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate*
2  *in a telephone conference with a member of the ADR Legal Staff before the case management*
3  *conference. The ADR Unit (ADR@cand.uscourts.gov) will notify you by e-mail indicating the*
4  *date and time of your phone conference.*

6  Dated: April 28, 2008                    MORGAN, LEWIS & BOCKIUS LLP

8                                           By _____/S/_____
9                                              Melinda S. Riechert
                                                Attorney for Defendants
10                                              MORGAN LEWIS & BOCKIUS LLP and
                                                ERIC MECKLEY

Case No. C-08-01337 MHP
NOTICE OF NEED FOR ADR PHONE CONFERENCE

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On **April 28, 2008**, I served the within document(s):

**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing true and correct copies of the documents listed above in sealed envelopes with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☐ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

Mark Antoine Foster, *In Pro Per*
200 Corpus Cristi Road, #A
Alameda, CA  94501

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

Executed on **April 28, 2008**, at San Francisco, California.

_____
Mary Gonzlez

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7675365.1

C-08-01337 MHP

PROOF OF SERVICE